2003Mazda.NOA

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

AUG 13 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ONE 2003 MAZDA PROTÉGÉ )<br>AUTOMOBILE, VIN )<br>JM1BJ245X31205914, )<br>)<br>Defendant. )<br>_____) | CIVIL CASE NO. 07-00022<br><br>NOTICE OF ARREST |

Notice is hereby given that the United States of America on the 8th day of August, 2007, filed an action pursuant to 21 U.S.C. §§ 881(a)(6), for the forfeiture of the defendant ONE 2003 MAZDA PROTÉGÉ AUTOMOBILE, VIN JM1BJ245X31205914. All claimants to this property must file their claims pursuant to Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims, within ten (10) days from the date of publication of this Notice, or within ten (10) days of actual notice of this action, whichever occurs first, and must serve and file their answers within twenty (20) days after the filing of the claim. All such claims and answers must be filed with the Office of the Clerk, United States District Court for the District of Guam, with a copy thereof sent to Assistant United States Attorney Karon V. Johnson.

-1-

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 1316-71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

DATED at Hagatna, Guam, this 13th day of August, 2007.

JEANNE G. QUINATA
Clerk of the Court

By: *Rosita P. San Nicolas*
Chief Deputy Clerk



RECEIVED
AUG -7 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-