2003Mazda.WAR

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX:   (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 07-00022 |
| Plaintiff, | |
| vs. | **WARRANT OF ARREST IN REM** |
| ONE 2003 MAZDA PROTÉGÉ AUTOMOBILE, VIN JM1BJ245X31205914, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF THE GUAM AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

**WHEREAS,** a verified complaint has been filed in this Court praying that process issue for the arrest of property that is the subject of this action.

**NOW, THEREFORE,** we do hereby command that you seize the property, which is described as One 2003 Mazda Protégé Automobile, VIN JM1BJ245X31205914, presently in your custody until further order of the Court respecting the same.

All persons claiming an interest in said property must file their claims, pursuant to Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims, within thirty (30) days after the date of service of the Government's complaint or after the execution of the warrant or

-1-

actual notice of this action, or as applicable, not later than thirty (30) days after the date of final publication of notice of the filing of the complaint, whichever occurs first, and must serve and file an answer within twenty (20) days after the filing of the claim with the Office of the Clerk, United States District Court for the District of Guam, 520 West Soledad Avenue, Hagatna, Guam 96910.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.) §§ 1316.71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

**YOU ARE FURTHER COMMANDED** to give due notice to all persons and entities having an interest in the property under seizure by publication in a newspaper of general circulation in the judicial district where the defendant property was seized.

**YOU ARE FURTHER COMMANDED**, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

DATED this 15th day of August, 2007.

JEANNE G. QUINATA
Clerk of Court

By: _____
DEPUTY CLERK