2003Mazda.NOA

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-734

Attorneys for the United States of Ameria

FILED
DISTRICT COURT OF GUAM
OCT 1 2 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 07-00022 |
| Plaintiff, | |
| v. | **NOTICE OF FORFEITURE ACTION** |
| ONE 2003 MAZDA PROTÉGÉ AUTOMOBILE, VIN JM1BJ245X31205914, | |
| Defendant. | |

On August 7, 2007, the United States Attorney for the Districts of Guam and the Northern Mariana Islands, filed a Verified Complaint for Forfeiture against One 2003 Mazda Protégé Automobile, VIN JM1BJ245X31205914, pursuant to Title 18, United States Code, § 981(a)(1)(B)(i) and Title 21, United States Code, §§ 881(a)(1) and 881(a)(4) for the forfeiture of an automobile which was used to commit and facilitate the commission of the crime of distribution of a controlled substance, and an Arrest Warrant in Rem was issued by the Clerk of the Court.

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime and Asset

-1-

Forfeiture Claims, direct notice of this action was hand-delivered to Darrell S.V. Stewart on the August 14, 2007.

Any person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the United States District Court, District of Guam, 4th Floor, U.S. Courthouse, 520 West soledad Avenue, Hagatna, Guam 96910, under case <u>U.S. vs. One 2003 Mazda Protégé Automobile, VIN JM1BJ245X31205914</u>, Civil Case No. 07-00022, within thirty (30) days of the date of publication of this notice, in accordance with Rule G(5) of the Supplemental Rules for Admirality or Maritime and Asset Forfeiture Claims. Additionally, a claimant must serve and file an answer to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure with twenty (20) days after filing the claim.

Claims and Answers are to be filed with the Clerk, United States District Court for the District of Guam, 4th Floor, U.S. Courthouse, 520 West soledad Avenue, Hagatna, Guam 96910, with a copy thereof sent to Assistant United States Attorney Karon V. Johnson, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagatna, Guam 96910.

DATED this 12 day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *(signature)*
KARON V. JOHNSON
Assistant U.S. Attorney

-2-