2003Mazda.PRE

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 07-00022 |
| Plaintiff, ) | |
| vs. ) | |
| ONE 2003 MAZDA PROTÉGÉ ) AUTOMOBILE, ) VIN JM1BJ245X31205914, ) | **ORDER** |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

On August 7, 2007, a Verified Complaint of Forfeiture and Notice of Arrest was filed in the United States District Court, for the forfeiture of an automobile, which was used to commit and facilitate the commission of the crime of distribution of a controlled substance, in violation of title 18, United States Code, Section 981(a)(1)(B)(i), Title 21, United States Code, Sections 841(a)(1) and 881(a)(4).

On August 14, 2007, Darrell S.C. Stewart, owner of said vehicle, was served with a filed copy of the Verified Complaint of Forfeiture and Notice of Arrest.

-1-

As of October 11, 2007, Mr. Stewart had not filed an answer or claim to said Verified Complaint of Forfeiture. (See Attachment A).

**IT IS HEREBY ORDERED THAT:**

1. As a result of Mr. Stewart's failure to timely file an answer or claim, the defendant property: a 2003 Mazda Protégé Automobile, color Silver, VIN # JM1BJ245X31205914, for which the government sought forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(B)(i) and Title 21, United States Code, Section 881(a)(1), defendant shall be forfeited to the United States.

2. Upon the entry of this Order, the United States Marshal Service is authorized to seize the above described personal property, whether held by a defendant or by a third party, and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

3. The United States shall publish notice of the forfeiture and its intent to dispose of the property as provided for by law. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Subject Property.

4. Any person, other than the above-named defendant, asserting a legal interest in the Subject Property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his or her alleged interest in the Subject Property, and for an amendment of the order of forfeiture.

5. Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, any additional facts supporting the petitioner's claim and the relief sought.

6. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal

-2-

1. Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

2. 7. The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period for the filing of third party petitions.

3. 8. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

4. 9. The Clerk of the Court shall forward four (4) certified copies of this order to Assistant U.S. Attorney, Karon V. Johnson, U.S. Attorney's Office, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagatna, Guam 96910.



**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: Oct 22, 2007**