2003Mazda. CER

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 29 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ONE 2003 MAZDA PROTÉGÉ AUTOMOBILE,<br>VIN JM1BJ245X31205914,<br>Defendant. | CIVIL CASE NO. 07-00022<br><br>**CERTIFICATE OF SERVICE** |

     I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on October 25, 2007, I caused to be mailed, by Certified Mail Receipt No. 7001 2510 0006 8488 2385, Return Receipt Requested, filed copies of the foregoing documents: **Motion of the United States for a Preliminary Order of Forfeiture**, and **Preliminary Order of Forfeiture**, and a copy of a **Legal Notice** to the following individual: DARRELL S. STEWART, Apt #307, Hillside Apartments, Harmon, Guam 96913.

                                                                        _____
                                                                        CARMELLETA SAN NICOLAS
                                                                        Secretary to the U.S. Attorney and
                                                                        First Assistant