2003Mazda.MFO

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 0 4 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 07-00022 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE** |
| ONE 2003 MAZDA PROTÉGÉ AUTOMOBILE, ) | |
| VIN JM1BJ245X31205914, ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through Leonardo M. Rapadas, United States Attorney for the Districts of Guam and the Northern Mariana Islands, and Karon V. Johnson, Assistant United States Attorney for the District of Guam, to respectfully move this Honorable Court for a Final Order of Forfeiture in the above-captioned case, and in support thereof represents to the Court the following facts:

1. That on October 22, 2007, a Preliminary Order of Forfeiture was filed with this Court.

2. That on October 25, 2007, a filed copy of the Motion of the United States for a Preliminary Order of Forfeiture, a filed copy of the Preliminary Order of Forfeiture and a copy of the government's Legal Notice were mailed to the registered owner of said vehicle, Darrell S.

-1-

Stewart at Apartment No. 307, Hillside Apartments, Harmon, Guam 96913, by Certified Mail Receipt No. 7001 2510 0006 8488 2385, Return Receipt Requested.

3. That on November 6, 2007, said Certified Mail was returned to this office by the United States Post Office due to insufficient address.

4. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited properties are entitled to a judicial determination of the validity of the legal claims or interests they assert.

5. The United States published a Legal Notice, in compliance of notification of the Court's Preliminary Order of Forfeiture, in the Pacific Daily News, a newspaper of general circulation on December 18, 2007. Said published Legal Notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

6. That the last day for any claimant to file a claim was January 17, 2008.

7. No other third party has made a claim to or declared any interest in the above-described forfeited property.

**WHEREFORE**, the United States moves this Court for a Final Order of Forfeiture declaring the defendant property, a 2003 Mazda Protégé Automobile, VIN JM1BJ245X31205914 be forfeited as to all parties and vesting full right, title and interest of the defendant property, a 2003 Mazda Protégé Automobile, VIN JM1BJ245X31205914 to the United States and directing the United States Marshal to dispose of the defendant property according to law.

Respectfully submitted this _____ day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney