2003Mazda.FIN

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 07-00022 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **FINAL ORDER OF FORFEITURE** |
| ) | |
| ONE 2003 MAZDA PROTÉGÉ ) | |
| AUTOMOBILE, ) | |
| VIN JM1BJ245X31205914, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**WHEREAS**, on October 22, 2007, this Court entered a Preliminary Order of Forfeiture forfeiting the defendant, a 2003 Mazda Protégé Automobile, VIN JM1BJ245X31205914 to the United States of America;

**AND WHEREAS**, on December 18, 2007, the United States published in the Pacific Daily News, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose said property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

-1-

1 **AND WHEREAS**, the Court has been advised that no such petitions have been filed.

2 Accordingly, it is hereby **ORDERED, ADJUDGED and DECREED** that the United States Marshals Service shall forthwith seize the forfeited property and dispose of it in accordance with the law;

It is further **ORDERED, ADJUDGED and DECREED**:

That pursuant to Title 21, United States Code, Section 853(n), that the right, title and interest to said **2003 Mazda Protégé Automobile, VIN JM1BJ245X31205914**, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

That the proceeds from the sale of said forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Asset forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, United States Code, Section 881(e).

The Clerk is hereby directed to send copies of this Order to all counsels of record and three certified copies to the United States Marshals Service.

SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
　　**Chief Judge**
**Dated: Mar 26, 2008**