# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
671-473-9100

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. 07-00022 |
| Plaintiff, | |
| vs. | |
| ONE 2003 MAZDA PROTÉGÉ AUTOMOBILE, VIN JM1BJ245X31205914, | |
| Defendant. | |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order or judgment:

**FINAL ORDER OF FORFEITURE**
**signed on March 26, 2008**
**Date of Entry: March 27, 2008**

The original orders or judgments are on file at the Clerk's Office of this court. The documents may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**.

Date: March 27, 2008          Clerk of Court

                              **/s/ Jeanne G. Quianta**