# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>One 2003 Mazda Protege Automobile,<br> Vin JM1BJ245X31205914,<br>        Defendant. | Civil Case No. 1:07-cv-00022<br><br><br>**J U D G M E N T** |

      Judgment is hereby entered in accordance with the Final Order of Forfeiture filed on April 2, 2008.

      Dated this 2nd day of April, 2008, Hagatna, Guam.

                                                          **/s/ Jeanne G. Quinata**
                                                                 Clerk of Court